
**FILED**
OCT 13 2010

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ERIC CASTANEIRA, | CIV 10-4039 |
| Plaintiff, | |
| vs. | ORDER |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, et al; and any UNKNOWN JOHN OR JANE DOE who acted individually, or conspired to, to harm the Plaintiff or deprive or otherwise violate his rights, in their personal and/or official capacities, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff Castaneira filed a signed letter to the Court dated September 28, 2010. The signed September 28, 2010, letter and the signed Affidavit dated the 20th of September, 2010, were presented for filing and filed on October 6, 2010. The letter of September 28, 2010, refers to an August 16, 2010, letter to which Mr. Castaneira has not received a response. The letter dated August 16, 2010, was not signed. The Court ordered that it not be filed.

The Court does not respond to unsigned letters, nor will they be filed. The proper procedure is for signed pleadings in the case to be presented to the Clerk of the Court for filing. They in turn will be provided to the Court. Signed pleadings that require a response from the Court will be ruled upon.

IT IS SO ORDERED this 13th day of October, 2010.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY_____
DEPUTY