IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

ERIC CASTANEIRA,

    Plaintiff,

-vs-                                    Case No. 4:10-CV-04039-LLP

MIDLAND NATIONAL LIFE INSURANCE
COMPANY, et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, the undersigned counsel, James E. McMahon of Redstone Law Firm LLP, and pursuant to LR 83.7 hereby moves for permission to withdraw without substitution of counsel on behalf of Plaintiff Eric Castaneira (hereinafter "Plaintiff"), in the above-entitled matter.

The last time I represented Mr. Castaneira in these proceedings was in October of 2014. Since that time, Mr. Castaneira has filed various motions on his own without my involvement. I have retired from the active practice of law. I am of counsel for Redstone Law Firm LLP, but not actively practicing. Mr. Castaneira is aware of this because we stay in contact. I have explained to Mr. Castaneira that I am retired and that I would no longer be able to represent him, and I believe he understands this. In light of the fact that Mr. Castaneira has filed a new motion, I feel that it is necessary to file a Motion to Withdraw so the record is clear that I am no longer representing Mr. Castaneira.

1

Wherefore, the undersigned respectfully requests that he be granted permission to withdraw as counsel of record for Plaintiff in the above-entitled matter.

Dated this 15th day of December, 2017.

REDSTONE LAW FIRM LLP


/s/ James E. McMahon
James E. McMahon
101 North Phillips Ave., Ste. 402
P.O. Box 1535
Sioux Falls, SD 57101-1535
Phone: 605-331-2975
jim@redstonelawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

James E. McMahon, attorney for the Plaintiff, hereby certifies on this 15th day of December, 2017, I caused the following document:

- **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of electronic filing to the following:

| | |
|---|---|
| Eric C. Schulte<br>Vincent M. Roche<br>Justin T. Clarke<br>DAVENPORT, EVANS, HURWITZ & SMITH, LLP<br>206 West 14th Street<br>PO Box 1030<br>Sioux Falls, SD 57101-1030<br>eschulte@dehs.com<br>vmr@dehs.com<br>jtc@dehs.com<br><br>*Attorneys for Defendant Midland National Life Insurance Company* | Paul F. Heaton<br>GODFREY & KAHN, S.C.<br>780 North Water Street<br>Milwaukee, WI 53202<br>pheaton@gklaw.com<br><br>*Attorney for Defendant Midland National Life Insurance Company* |

and a hard copy was sent to the following:

Eric Castaneira
2109 South Cambridge Ave.
Sioux Falls, SD 57106

                              */s/ James E. McMahon*
                              James E. McMahon