

Ms. Lisa Ellefson
2109 S. Cambridge Ave.
Sioux Falls, SD  57106-0690

  

U.S. POSTAGE PAID
FCM LG ENV
SIOUX FALLS, SD
57106
AUG 27, 18
AMOUNT
$1.63
R2304M112390-08

CIRCUIT JUDGE LAWRENCE PIERSOL
ROOM 202 UNITED STATES COURTHOUSE
400 S. PHILLIPS AVE.
SIOUX FALLS, SD 57104

X-RAYED BY
SOUTH DAKOTA
CSO