UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

*************************************************************************

| | | |
|---|---|---|
| ERIC CASTANEIRA, | * | CIV 10-4039 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, et al., | * | |
| Defendants. | * | |

*************************************************************************

Pending before the Court is Plaintiff's Supplemental Motion for the Court to Order an Emergency Evidentiary Hearing to Modify Injunction and Disqualification of Defendants' Counsel, Doc. 172, filed August 16, 2018. The August 16, 2018 Motion was dealt with in the Court's Order of August 21, 2018, which Order remains in effect.

IT IS SO ORDERED.

Dated this 2nd day of November, 2018.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

BY: Summer Wahpat
Deputy